18-10337

**DISTRICT COURT OF MARYLAND FOR** Baltimore County
City/County

Located at 1 ROLLING CROSSROADS          Case No. NONE PROVIDED
Court Address

## CIVIL FILING ERROR NOTICE

TO: *U.S. Bankruptcy Court*
*101 W. Lombard St.*
*Baltimore, MD 21201*

**\*\*RETURN THIS NOTICE\*\***
**WHEN SUPPLYING ADDITIONAL**
**INFORMATION TO THE COURT**

☐ The enclosed document cannot be accepted for filing because it lacks a required certificate of service. See Rule 1-323. If you still wish to file this document please resubmit the document with the required certificate of service. The date of filing will be the date the document is received with a certificate of service.

☐ The _____, filed on _____, cannot be fully processed for the reasons checked below.
Name of pleading/filing                              Date

Please take the necessary corrective action by _____. Failure to take such action by the date indicated may result in the Court rejecting the filing or imposing an appropriate sanction

☐ The amount owed is not indicated.
☐ The pleading/filing/other paper must have original signature of the authorized person.
☐ The complete address for each Defendant must be indicated.
☐ The name and last known address or each Judgment Debtor to whom this Writ is directed must be indicated.
☐ You must provide instructions for the Sheriff/Constable for each person to be served. The clerk can provide you with a Request for Service form, DC-CV-002, for this purpose.
☐ Required filing fee of $ _____, made payable to the ☐ District Court ☐ Circuit Court (unless accompanied by a written request asking the Court to waive the filing fee because you cannot afford to pay it. The clerk can provide you with a petition for waiver of costs form, for this purpose.)
☒ The original case cannot be located due to an incorrect or missing case number.
☐ The name and address of the Garnishee must be indicated.
☐ Check not signed by account holder.
☐ The clerk needs additional copies of the pleading/filing and all exhibits for service on the defendant(s).
☐ Please send _____ additional set(s) to the Court at the above address.
☐ Required fee of $ _____ for service by:
  ☐ Sheriff, (Make check payable to the Sheriff's Office. In Baltimore City; checks to Sheriff must be made payable to Director of Finance.
  ☐ Constable (Make check payable to the District Court.)
  ☐ Certified Mail
  ☐ Maryland State Department of Assessments and Taxation (make check payable to that agency.)
  ☐ Maryland Insurance Administration (make check payable to that agency.)
☐ A dismissal or satisfaction cannot be completed until the outstanding court costs of $ _____ are paid.

**FILED**
**APR 2 6 2021**
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

_____         _____
Date                                                        Clerk

☐ **You have requested that certain action(s) be taken. The requested action(s) cannot be taken because:**
  ☐ The Court cannot grant a judgment by consent without written ☐ Consent ☐ Stipulation of all Parties.
  ☐ You cannot attach property or wages of a Defendant against whom you do not have a judgment.
  ☐ The Court cannot enter a dismissal once a judgment has been entered.
  ☐ The Court cannot enter a judgment paid and satisfied when no judgment has been entered.
  ☐ Other _____

_____         _____         _____
Date                                            Judge                                            ID Number

DC-CV-011 (Rev. 12/2014)

Entered: April 12, 2021
Signed: April 12, 2021

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Cheryl Hamilton | Social Security number or ITIN   xxx-xx-9809 |
| | First Name   Middle Name   Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ |
| | | EIN __-_____ |
| United States Bankruptcy Court   District of Maryland | | |
| Case number:   18-10337 MMH   Chapter: 7 | | |

## Order of Discharge                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Cheryl Hamilton

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    Order of Discharge                           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**